IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAROLYN GUTIERREZ | § | |
| | § | |
| VS. | § | ACTION NO. 4:17-CV-389-Y |
| | § | |
| NANCY A. BERRYHILL, Acting | § | |
| Commissioner of Social Security | § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

On January 24, 2018, the United States magistrate judge issued his findings, conclusions, and recommendation in the above-styled and numbered cause. The magistrate judge gave all parties until February 7 to serve and file with the Court written objections to his findings, conclusions, and recommendation. No written objections have been received from either party. *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the Commissioner's decision is AFFIRMED.

SIGNED March 7, 2018.

/s/ Terry R. Means
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE